UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  21-22246-CIV-MARTINEZ-BECERRA

CARLOS A. ESCOBAR ROMERO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Unopposed Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act (the "Motion"), (ECF No. 25). Magistrate Judge Becerra filed a Report and Recommendation, recommending that the Motion be granted. (ECF No. 26.)

The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby ORDERED AND ADJUDGED that

1. United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 26), is AFFIRMED and ADOPTED.

2. The Motion, (ECF No. 25), is GRANTED and **attorneys' fees in the amount of $6,660.30 be awarded to Plaintiff and be made payable to Plaintiff's counsel**, unless Plaintiff owes a federal debt, in which case any payment shall be made payable directly to Plaintiff and delivered to Plaintiff's counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record